# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09CR57

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BRYAN KEITH NOEL.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the government's Motion to Unseal Indictment and Arrest Warrant. Having considered the government's Motion to Unseal Indictment and Arrest Warrant and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Unseal Indictment and Arrest Warrant (#11) is **GRANTED,** and Indictment and Arrest Warrant are **UNSEALED.**

Signed: June 17, 2009

_____
Dennis L. Howell
United States Magistrate Judge