UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CR57-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CORRECTING** |
| v. | ) | **CLERICAL ERROR** |
| | ) | |
| BRYAN KEITH NOEL, | ) | |

Defendant.

Upon the Government's Motion to Correct Clerical Error (Dkt. #136) and Defendant's consent, and for the reasons set forth in the Motion, it is hereby **ORDERED** that the Judgment in a Criminal Case is amended to identify individual CEP/Pinnacle restitution payees as "CEP/Pinnacle Investors identified in Attachment A ." The Judgment is also amended to include Attachment A , **UNDER SEAL**, identical to the victim list at docket 114-1. Otherwise, the Judgment, including the "Restitution Payees" section identifying Carolina First Bank, JP Morgan Chase, and Langdon M. Cooper/Bankruptcy Trustee as payees shall remain unchanged. The Clerk is directed to issue an Amended Judgment in conformance with this Order.

Signed: October 4, 2011

Richard L. Voorhees
United States District Judge