BRYAN NO-EL', REGISTRATION No: 23585-058
FEDERAL CORRECTIONAL INSTITUTION - ELKTON
P.O. BOX 10
LISBON, OHIO 44432

July 15th, 2019

Federal Bureau of Investigations
7915 Microsoft Way
Charlotte, North Carolina 28273-8200

    RE: Your letter of July 5, 2019 - Certified 7018 1830 0002 2251 2341
        Asset ID Number: A06-FBI-00747 (precious commodities)

Dear Mrs. Swinkey:

    I am in receipt of your letter regarding $1,061.25 in U.S. currency - quarters. I do not have a claim against the asset described in your communications. Further, I am concerned that your office assigned an abandonment number (314019A183) to an asset that Alex Klosek admitted to utilizing the funds of Pinnacle Fiduciary & Trust Group to purchase as recorded within your 302's and aptly stated at trial.

    Those coins represent much more value than $1,061.25 in quarters as Alex Klosek admitted that he purchased these coins and later placed them at the office of Certified Estate Planners from the safe keeping of his parents house. The value of the coins in question should be significantly more than the stated face value where they either belong to the trust estate of Pinnacle Fiduciary & Trust Group (Bankruptcy Case No: 10-33215) or to the clients of PFT&G via the judgment secured in criminal matter 1:10-CR-15, W.D.N.C. From my records, it seems appropriate that you contact Gill Beck of the Charlotte Office of United States Attorney or the Bankruptcy Trustee. The value of these coins needs to be accurately recognized for the benefit of PFT&G investors and not the United States.

    The matter that revolves around these silver coins relates to Alex Klosek's company named International Metals. I am including a copy of the business card where on the back the email address kloseks@yahoo.com is in Alex' personal handwriting. What is important is that this is proof positive of the "Kloseks" as in Alex and Joseph Klosek purchasing "anything made of silver, gold, or platinum." If your organization is going to investigate anything related, then the Kloseks' use of PFT&G funds should be accurately investigated and reported. [Ref. Exhibit "KK" - International Metals Business card].

    For the record, Alex Klosek bankrupted Certified Estate Planners and Pinnacle Fiduciary & Trust Group in October of 2010 - under the penalty and pains of perjury - although he testified to something completely different at trial. I never owned a percentage of PFT&G and sold all of my interest in CEP at the end of 2004 which is demonstrated by multiple records now introduced to the Court.

    In an era where the FBI seems to be promoting transparency, fairness, and integrity, I ask that

-1-

that your office fully investigate why your organization has held on to valuable assets for so long and why have you never pursued International Metals as the holder of vast sums of PFT&G's asset base. Once the matter is clarified, I ask that you alert me of the results as I am also a client of PFT&G where I do not seek compensation but justice in that hopefully your group will finally correct the record and expose Alex and/or Joseph Klosek's lies.

Sincerely,

Bryan No-El'
Bryan No-El'

Cc: Clerk of Court, W.D.N.C.
    1:09-CR-57 & 1:16-CV-00406

[ Ⓑ EXHIBIT "KK" ]



FRONT SIDE

THIS IS CARD # 2
A.) SFG LLC 02   Stands for Silverado Finance Group LLC
B.) Contains his cell phone that he turned in
C.) NEW PHONE #         BACK SIDE
D.) NEW EMAIL ADDRESS
                         388-4242
                         KLOSEKS@YAHOO.COM

*Alex Klosek's original
 handwriting!

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Certified Estate Planners, Inc. _____     Case No. _____
                              Debtor(s)                                        (If known)

[Exhibit T.1]

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
                                                                    Debtor

Date: _____  Signature: _____
                                                              (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Certified Estate Planners, Inc. _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____27 sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: October 29, 2010          Signature: /s/ Alexander Klosek

                                            Alexander Klosek
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


[EXHIBIT T2]

Corporate Resolution of
Certified Estate Planners, Inc., a N.C. Corporation
d/b/a Pinnacle Fiduciary and Trust Group

Resolution to File Chapter 7 Bankruptcy

WHEREAS, the Corporation is insolvent and unable to pay its debts ad they mature, and

WHEREAS, it would be in the best interest of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is authorized to certify this resolution.

IN WITNESS WHEREOF, I have executed my name hereunto.

Certified Estate Planners, Inc.

By: _____
Alexander Klosek

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Pinnacle Fiduciary And Trust Group _____ Case No. _____
              Debtor(s)                                                       (If known)


[EXHIBIT (T9)]

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
                                                                              Debtor

Date: _____ Signature: _____
                                                        (Joint Debtor, if any)
                                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the Owner] _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Pinnacle Fiduciary And Trust Group _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: October 29, 2010      Signature: /s/ Alexander Klosek

                                         Alexander Klosek
                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.



[EXHIBIT T4]

Corporate Resolution of
Pinnacle Fiduciary and Trust Group, a Business Trust
d/b/a Certified Estate Planners

Resolution to File Chapter 7 Bankruptcy

WHEREAS, the Business Trust is insolvent and unable to pay its debts as they mature, and

WHEREAS, it would be in the best interest of creditors for the Business Trust to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

RESOLVED, that the Business Trust file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is authorized to certify this resolution.

IN WITNESS WHEREOF, I have executed my name hereunto.

Pinnacle Fiduciary and Trust Group

By: _____, TRUSTEE
Alexander Klosek